**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**SHAWNSTON BEAUDOIN** **PLAINTIFF**
**Reg. No. 65834-019**

**v.** **CASE NO. 2:26-CV-00131-BSM**

**FEDERAL BUREAU OF PRISONS, *et al.*** **DEFENDANTS**

**ORDER**

Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 6] is adopted and Shawnston Beaudoin's claims are dismissed without prejudice for failure to state a claim. An *in forma pauperis* appeal would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3). This dismissal should be considered a "strike" under 28 U.S.C. section 1915(g).

IT IS SO ORDERED this 30th day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE