**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**SHAWNSTON BEAUDOIN** **PLAINTIFF**
**Reg. No. 65834-019**

**v.** **CASE NO. 2:26-CV-00131-BSM**

**FEDERAL BUREAU OF PRISONS, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of September, 2026.

Brian S. Miller
UNITED STATES DISTRICT JUDGE